UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

BRIAN KEITH SMITH                                                                 PETITIONER

v.                                                         CIVIL ACTION NO. 3:05CV-P472-H

THOMAS L. SIMPSON, Warden,
Western Kentucky Correctional Complex                         RESPONDENT

## ORDER

The above matter having been referred to United States Magistrate Judge Dave Whalin, the Magistrate Judge having filed his Findings of Fact, Conclusions of Law and Recommendation, objections having been filed, and the Court having made a *de novo* determination of those portions of the Magistrate Judge's proposed Findings of Fact, Conclusions of Law and Recommendation to which objections have been made,

The Court accepts the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge, and

**IT IS HEREBY ORDERED** that the motion of the Respondent to dismiss the petition pursuant to 28 U.S.C. §2244(d)(1) is **GRANTED** and the petition is **DISMISSED** with prejudice.

**IT IS ALSO ORDERED** that, pursuant to 28 U.S.C. § 2253(c), for the reasons set forth, a certificate of appealability be **DENIED** in this case.

Copies to:     Counsel of Record
                   Hon. Dave Whalin, Magistrate Judge